LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America

ORIGINAL

**FILED**
DISTRICT COURT OF GUAM
NOV 22 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>KONG KWOK CHAN<br>a/k/a KEN CHAN,<br>THU LOAN THAI DANG, and<br>CHANH DIHN NGUYEN a/k/a CHRIS,<br><br>Defendants. | CRIMINAL CASE NO. 03-00095<br><br>**UNITED STATES' MOTION<br>TO DISMISS INDICTMENT** |

COMES NOW the plaintiff, United States of America, by and through its undersigned attorney, and moves that the Indictment in the above cause, as to defendant CHANH DIHN NGUYEN, be dismissed, for the reason that the defendant waived indictment and entered a plea of guilty to an Information on December 24, 2003, under Criminal Case No. 03-00108, which said Information incorporated similar criminal acts as described in the Indictment.

Respectfully submitted this 21 day of November, 2005.

LEONARDO M. RAPADAS
United States Attorney
Districts of Guam and NMI

By: _____
MARIVIC P. DAVID
Assistant U.S. Attorney