LEONARDO M. RAPADAS
United States Attorney
MARIVIC P. DAVID
Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Ave.
Hagåtña, Guam 96910
Tel: (671) 472-7332/7283
Fax: (671) 472-7334

Attorneys for the United States of America


FILED
DISTRICT COURT OF GUAM
DEC - 5 2005
MARY L.M. MORAN
CLERK OF COURT

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> KONG KWOK CHAN a/k/a KEN CHAN, THU LOAN THAI DANG, and CHANH DIHN NGUYEN a/k/a CHRIS, <br><br> Defendants. | CRIMINAL CASE NO. 03-00095 <br><br> **ORDER** <br> **Re: November 22, 2005** <br> **United States' Motion to** <br> **Dismiss Indictment** |

The United State's Motion to Dismiss Indictment, as to defendant CHANH DIHN NGUYEN a/k/a CHRIS, filed November 22, 2005, is hereby granted.

**SO ORDERED** this 5th day of December 2005.

_____
D. LOWELL JENSEN*
District Judge

---

\* The Honorable D. Lowell Jensen, United States Senior District Judge for the Northern District of California, sitting by designation.

**ORIGINAL**